UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | MAGISTRATE NO. 06-403 |
| v. | : | |
| | : | |
| DEBORAH K. CHAMBERS | : | VIOLATION: 18 U.S.C. § 641 |
| | : | (Embezzlement of Government Money) |
| Defendant. | : | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

At times material to this Information:

1. Deborah K. Chambers ("CHAMBERS") was employed by the United States Department of State's Office of International Conferences ("OIC") from 1988 to 2006. She worked in the Bureau of International Organization Affairs at offices located at 2201 C Street, N.W., in Washington, D.C. As part of her job responsibilities, CHAMBERS processed travel vouchers for individuals who attended OIC conferences.

2. As part of her scheme to embezzle money from the United States, CHAMBERS prepared false travel advance vouchers in the names of various individuals scheduled to attend OIC conferences, and converted the vouchers into cash that CHAMBERS wrongfully kept for her own use. CHAMBERS was able to accomplish the scheme by obtaining authorization numbers from legitimate travel orders, and then using those numbers to fill out false travel advance forms in the names of various travelers. CHAMBERS further accomplished the scheme by forging the names of various travelers on the false travel advance forms that she created.

3. CHAMBERS also forged permission statements from various travelers falsely stating

that they had given CHAMBERS permission to obtain their travelers checks for them. On multiple occasions, CHAMBERS brought the fraudulent forms and forged statements to the OIC cashier's office. CHAMBERS then retrieved travelers checks, and then cashed the checks and kept the cash for her own use. She did not give any of the funds she received to the various travelers.

## MONEY BELONGING TO THE UNITED STATES

4. Between on or about January 2004 and on or about May 2006, CHAMBERS embezzled approximately $100,000 from the United States treasury as a federal employee by submitting fraudulent travel voucher advance requests in the names of various travelers, and fraudulent permission statements from various travelers that fraudulently claimed CHAMBERS had their permission to receive travel checks for them.

## FRAUDULENT APPROPRIATION FOR HER OWN OR OTHERS' USE

5. Between on or about January 2004 and on or about May 2006, CHAMBERS fraudulently appropriated the $100,000 in government funds for her benefit and for the benefit of family members.

## ACTING KNOWINGLY AND WILLINGLY TO DEPRIVE GOVERNMENT OF MONEY

9. Between on or about January 2004 and on or about May 2006, CHAMBERS acted knowingly and willingly with the intent to deprive the government of money. For example, on May 6, 2004, CHAMBERS created a "Travel Advance Application, Voucher, and Account" in the name of a traveler referred to herein as John Doe requesting an advance of $11,000. CHAMBERS forged John Doe's signature on the voucher form. She then approved the request by signing the "Administrative Approval Signature" in her own name. CHAMBERS then

created a second document on May 7, 2004, in which she again forged John Doe's signature, stating falsely that CHAMBERS "has my permission to sign for and pickup [sic] my travel advance for my participation in the International Labor Conference." CHAMBERS brought the voucher form and forged permission statement to the OIC cashier's office, where she received travelers checks in the amount of $11,000. Chambers cashed the checks and kept the cash for her own use. She did not give any of the funds she received to John Doe.

**(Embezzlement of Government Money,
in violation of Title 18 United States Code, Section 641).**

        JEFFREY A. TAYLOR
        United States Attorney for the
        District of Columbia


By: _____
        GLEN DONATH
        Assistant United States Attorney
        Fraud & Public Corruption Section
        555 4th Street, NW
        Washington, D.C. 20530
        (202) 514-9555