# United States District Court
# for the District of Columbia

**FILED**

JAN - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.

**WAIVER OF INDICTMENT**

**DEBORAH K. CHAMBERS**

Case Number: 06-0343 (RMU)

I, **Deborah K. Chambers**, the above named defendant, who is accused of **Embezzlement of Government Money, Title 18, United States Code, Section 641,** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **January 8, 2007,** prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Ricardo M. Urbina
United States District Court Judge