UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.: 06-0343 (RMU) |
| DEBORAH K. CHAMBERS, | : |
| Defendant. | : |

**ORDER**

FILED
APR 3 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 3rd day of April 2007,

**ORDERED** that a hearing on violation of condition of release in the above-captioned case shall take place on Tuesday, April 17, 2007 at 2:30 pm.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge