IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | CR. No. 06-343 (RMU) |
| | ) | |
| DEBORAH CHAMBERS | ) | |
| | ) | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

    Defendant Deborah Chambers, through undersigned counsel, moves to continue the sentencing hearing currently scheduled for May 7, 2007 at 10:45 a.m. Counsel just received a call from the Probation Officer assigned to the case in which the Probation Officer represented that it is her belief that Ms. Chambers has submitted a letter from her therapist which her therapist did not write. The Probation Officer advises that the Probation Office has or will be issuing a revised PSR which will include a request for a two point increase in the base offense level based upon this conduct. Counsel has not yet received the revised PSR. Counsel needs time to investigate this claim, to gather medical documentation, and potentially to have Ms. Chambers evaluated. Counsel requests a 45-day continuance.

    Counsel spoke with the Pretrial Services Agency and confirmed that Ms. Chambers has had no violations of her release conditions since her last Court date. Counsel spoke with AUSA Donath who advised that the government does not oppose this motion. Counsel also advised Probation and Pretrial Services that this motion was being filed.

        Respectfully Submitted,
        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


                /s/
        _____

        Michelle Peterson
        Asst Federal Public Defender
        625 Indiana Avenue, N.W. Suite
        550 Washington, D.C.  20004
        (202) 208-7500, ext. 125

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | )    CR. No. 06-343 (RMU) |
| | ) |
| | ) |
| DEBORAH CHAMBERS | ) |
| _____ | ) |

**ORDER**

Upon consideration of the defendant's unopposed motion to continue the sentencing in this case, it is hereby

ORDERED that the motion is GRANTED and the sentencing hearing is scheduled for July ____, 2007, at _____.

_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE