UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 06-0343 (RMU)
:
DEBORAH K. CHAMBERS, :
:
Defendant. :

**ORDER**

FILED
MAY 2 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 1st day of May 2007,

**ORDERED** that the defendant's unopposed motion to continue the sentencing is hereby **GRANTED**, and it is

**FURTHER ORDERED** that the sentencing hearing scheduled for May 7, 2007 is hereby vacated and rescheduled for Tuesday, August 7, 2007 at 9:45 am, and it is

**ORDERED** that any party wishing to submit a memorandum in aid of sentencing must do so on or before July 16, 2007, and it is

**FURTHER ORDERED** that responses (if any) to memoranda in aid of sentencing are due on or before July 23, 2007, and it is

**ORDERED** that the memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge