UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 06-0343 (RMU) |
| DEBORAH K. CHAMBERS, | : | |
| Defendant. | : | |

**ORDER**

**FILED**

**JUN 6 - 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 6th day of June 2007,

**ORDERED** that the sentencing hearing in the above-captioned case scheduled for August 7, 2007 is hereby **VACATED** and **RESCHEDULED** for Monday, August 20, 2007 at 1:30 p.m.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge