IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | CR. No. 06-343 (RMU) |
| | ) | |
| **DEBORAH CHAMBERS** | ) | |
| | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

Defendant Deborah Chambers, through undersigned counsel, moves to continue the sentencing hearing currently scheduled for August 20, 2007. The sentencing was scheduled for August 7, 2007 by the Court. Counsel received an order rescheduling the sentencing for August 20, 2007. Counsel is scheduled to be on leave and out of the area from August 13 through August 31. Therefore, Counsel requests that the Court continue the sentencing until a date convenient for the Court between September 4, 2007 and October 12, 2007. Counsel spoke with AUSA Donath who advised that the government does not oppose this motion.

                Respectfully Submitted,
                A.J. KRAMER
                FEDERAL PUBLIC DEFENDER


                /s/
                _____
                Michelle Peterson
                Asst Federal Public Defender
                625 Indiana Avenue, N.W. Suite 550 Washington, D.C. 20004
                (202) 208-7500, ext. 125

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. No. 06-343 (RMU) |
| | ) | |
| | ) | |
| DEBORAH CHAMBERS | ) | |
| _____ | ) | |

## **ORDER**

Upon consideration of the defendant's unopposed motion to continue the sentencing in this case, it is hereby

ORDERED that the motion is GRANTED and the sentencing hearing is scheduled for September ____, 2007, at _____.


_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

Case 1:06-cr-00343-RMU    Document 16-2    Filed 07/10/2007    Page 2 of 2