**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

JUL 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  06-343  (RMU) |
| | : | |
| DEBORAH CHAMBERS, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

It is this 10th day of July 2007,

**ORDERED** that the sentencing  hearing in the above-captioned case scheduled for

MONDAY, August 20, 2007 is hereby **VACATED** and **RESCHEDULED** for TUESDAY,

September 4, 2007 at 1:30 pm.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge