IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                                        ) | CR. No. 06-343 (RMU) |
| ) | |
| DEBORAH CHAMBERS         ) | |
| ) | |
| Defendant.                          ) | |

## DEFENDANT'S SUPPLEMENT TO HER
## MEMORANDUM IN AID OF SENTENCING

Defendant Deborah Chambers, through undersigned counsel, submits this supplemental memorandum, and will file under seal defendant's mental health evaluation to assist the Court in evaluating the sentencing factors and in determining a sufficient but not greater than necessary sentence to effectuate the purposes of sentencing.

In light of the information contained in the report regarding Ms. Chambers' family responsibilities, her physical and mental health issues (as well as those of her children) and her employment history, as well as her efforts at compliance with pretrial release in this case (although not perfect) and her conditions of probation in her Maryland case, we respectfully request that the Court sentence her to a period of probation with a period of home confinement and/or community service. Whatever sentence the Court imposes, Ms. Chambers already has been punished – she has lost her federal job, is a convicted felon, and will have to struggle to make restitution. While she is ready to accept whatever punishment the Court deems appropriate, she is very concerned about the collateral consequences of any such punishment on

her family, and in particular, her children.

                                              Respectfully Submitted,
                                              A.J. KRAMER
                                              FEDERAL PUBLIC DEFENDER

                                                     "/s/"
                                              _____
                                              Michelle Peterson
                                              Asst. Federal Public Defender
                                              625 Indiana Avenue, N.W.
                                              Washington, D.C.  20004
                                              (202) 208-7500, ext. 125