UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : 
: 
v. : Criminal Action No.: 06-0343 (RMU)
: 
DEBORAH K. CHAMBERS, : 
: 
Defendant. : 

**ORDER**

**FILED**
SEP 4 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this __4__ day of __September__ 2007,

ORDERED that a __progress__ hearing in the above-captioned case shall take place on __April 13, 2009__ at __10 A.m__

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge