UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

        vs.                    :   Criminal No.  06-0343-01 (RMU)

DEBORAH K. CHAMBERS,              :

## NOTICE OF APPEAL

Name and address of appellant:    Deborah K. Chambers
                                         15905 Litton Lane
                                         Accokeek, MD 20607

Name and address of appellant's attorney: Michelle Peterson
                                                        Assistant Federal Public Defender
                                                        625 Indiana Ave., N.W., Suite 550
                                                        Washington, DC 20004

**Offense:**   Embezzlement of Government Money; 18 U.S.C. § 641

**Concise statement of judgment or order, giving date, and any sentence:** 09/04/07 - Fifteen (15) months imprisonment; 36 months supervised release; $100 special assessment; $103,000 restitution to US Dept. of Treasury.

**Name of institution where now confined, if not on bail:**

    I, the above-named appellant, hereby appeal to the United States Court of Appeals

for the District of Columbia from the above-stated judgment.

_____0914/07_____                         _____Deborah Chambers_____
      DATE                                              APPELLANT
CJA, NO FEE _____                                "/s/"
PAID USDC FEE _____                         ATTORNEY FOR APPELLANT
PAID USCA FEE _____
Does counsel wish to appear on appeal? Yes
Has counsel ordered transcripts? Yes
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes

1