HONORABLE RICARDO URBINA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

OCT 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Deborah K. Chambers                    Docket No.: CR -06-343-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **Deborah K. Chambers** having been sentenced, on September 4, 2007, in the above case to the custody of the Bureau of Prisons, surrender herself to the Bureau of Prisons by reporting to __FPC Alderson__, in __Alderson, WV__ by 2 p.m., on __December 6, 2007__.

10/16/07
Date

_____
RICARDO URBINA
UNITED STATES DISTRICT JUDGE

Note: To be designated no sooner than 90 days from date of sentence.

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_____                    _____
**ATTORNEY/U.S. PROBATION OFFICER**              **DEFENDANT**

Revised 6-2004